**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | |
|---|---|
| **ALBERT GUTKNECHT, Individually and on Behalf of All Others Similarly Situated,** | No. 3:23-cv-01640-KAD |
| **Plaintiff,** | **STIPULATION AND ORDER** |
| **v.** | |
| **THE LOVESAC COMPANY,** *et al.*, | |
| **Defendants.** | |

WHEREAS Plaintiff filed a Complaint in the above-captioned putative securities class action (the "Action") on December 19, 2023; and

WHEREAS, pursuant to the provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §§ 78u-4 *et seq.*, Plaintiff's counsel published notice of the commencement of this action and thereby started a 60-day period during which any putative class member can apply to be lead plaintiff under the PSLRA (*see id.* § 78u-4(a)(3)(A)); and

WHEREAS the 60-day period under the PSLRA period expires on February 20, 2024 (*see id.* § 78u-4(a)(3)(A)(i)(II)); and

WHEREAS the person or entity that the Court eventually appoints as lead plaintiff under the PSLRA (*see id.* § 78u-4(a)(3)(B)) will likely file an Amended or Consolidated Complaint; and

WHEREAS, pursuant to the PSLRA, unless otherwise ordered by the Court, discovery in this Action is automatically stayed during the pendency of any motion to dismiss (*see id.* § 78u-4(b)(3)(B)); and

WHEREAS, in light of the procedures governing this Action under the PSLRA, including the appointment of lead plaintiff(s) and lead counsel to oversee the Action on behalf of the putative class, the anticipated filing of an Amended and/or Consolidated Complaint following the entry of an Order (the "Lead Plaintiff Order") appointing lead plaintiff and lead counsel, and the PSLRA's automatic stay of discovery, undersigned counsel for the parties believe that an answer or motion responding to the initial Complaint would be premature prior to the entry of the Lead Plaintiff Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND, SUBJECT TO APPROVAL OF THE COURT, ORDERED AS FOLLOWS:

1.      None of the Defendants needs to respond to the Complaint or any other pleading filed in the above-captioned action until after the Court appoints lead plaintiff and lead counsel pursuant to the PSLRA.

2.      Within 10 days after the Court appoints lead plaintiff and lead counsel, lead counsel and Defendants' counsel will confer and submit a joint proposed schedule for the filing of an Amended or Consolidated Complaint (if any) and for Defendants' response to the Amended or Consolidated Complaint (or to the pending Complaint if an amended pleading is not filed).

3.      All dates under the Federal Rules of Civil Procedure, this District's Local Rules, and the Court's Order on Pretrial Deadlines (ECF No. 3) are suspended pending further order of the Court after the parties submit the proposed schedule described in the preceding paragraph.

4.      All Defendants hereby waive service of process pursuant to Fed. R. Civ. P. 4(d), while reserving all other defenses, except a defense as to the sufficiency of service of the summons and Complaint and the form of the summons.

5.      The parties reserve all other rights except to the extent specified in this Stipulation

and [Proposed] Order.


Dated:  January 30, 2024


/s/ Emily C. Finestone                     /s/ Steven J. Porzio
Emily C. Finestone (Bar No. ct30250)       Steven J. Porzio (Bar No. 429404)
Jeremy A. Lieberman                        Jonathan E. Richman
(*pro hac vice* application forthcoming)   (admitted *pro hac vice*)
J. Alexander Hood II                       Proskauer Rose LLP
(*pro hac vice* application forthcoming)   Eleven Times Square
Pomerantz LLP                              New York, NY  10036
600 Third Avenue, 20th Floor               Tel:  (212) 969-3000
New York, NY  10016                        Fax:  (212) 969-2900
Tel:  (212) 661-1100                       sporzio@proskauer.com
Fax:  (917) 463-1044                       jerichman@proskauer.com
efinestone@pomlaw.com
jalieberman@pomlaw.com                     Counsel for Defendants
ahood@pomlaw.com


Counsel for Plaintiff


SO ORDERED this 2nd Day of February, 2024


                        /s/ Kari A. Dooley
        _____
                        The Honorable Kari A. Dooley
                        United States District Judge


3

143082044v1