# Exhibit 3

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price 19.3310938 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Susan Cooke Peña | 6/14/2023 | 175 | ($23.84) | ($4,172.00) | | | | | | | | |
| | 6/23/2023 | 76 | ($26.11) | ($1,984.36) | | | | | | | | |
| | 7/25/2023 | 35 | ($28.16) | ($985.43) | | | | | | | | |
| | 8/8/2023 | 258 | ($27.11) | ($6,995.28) | | | | | | | | |
| | 8/15/2023 | 60 | ($24.25) | ($1,454.70) | | | | | | | | |
| | | 604 | | ($15,591.77) | | | | | 604 | $11,675.98 | ($3,915.79) | |

**The Lovesac Company Loss Chart**
**between March 30, 2023 and August 16, 2023**