UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

|  |  |
|---|---|
| ALBERT GUTKNECHT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> THE LOVESAC COMPANY, SHAWN NELSON, and DONNA DELLOMO, <br><br> Defendants. | Case No.  3:23-cv-01640-KAD <br><br> **February 20, 2024** |

NOTICE OF MOTION OF ALBERT GUTKNECHT FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF LEAD COUNSEL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Albert Gutknecht ("Gutknecht"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) appointing Gutknecht as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired The Lovesac Company securities between March 30, 2023 and August 16, 2023, both dates inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  February 20, 2024

Respectfully submitted,

POMERANTZ LLP

*/s/ Emily C. Finestone*
Emily C. Finestone (Bar No. ct30250)
Jeremy A. Lieberman (admitted *pro hac vice*)
J. Alexander Hood II (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
efinestone@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Albert Gutknecht and Proposed Lead Counsel for the Class*

1

2

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2024, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Emily C. Finestone*
Emily C. Finestone