UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| ALBERT GUTKNECHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE LOVESAC COMPANY, SHAWN NELSON, and DONNA DELLOMO,<br><br>Defendants. | Case No.  3:23-cv-01640-KAD<br><br>**February 20, 2024** |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF ALBERT GUTKNECHT FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Albert Gutknecht ("Gutknecht"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Gutknecht's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of Gutknecht's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Gutknecht's financial interest in this litigation;

Exhibit B:    Press release published over *PR Newswire* on December 19, 2023, announcing the pendency of the Action;

Exhibit C:    Shareholder Certification executed by Gutknecht;

Exhibit D:    Declaration executed by Gutknecht; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 20, 2024.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Emily C. Finestone*
Emily C. Finestone

2