# EXHIBIT A

**The Lovesac Company (LOVE)**
**Class Period: March 30, 2023 - August 16, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $19.3356 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albert Gutknecht | | | | | PreClass | 255 | | | | | | |
| Albert Gutknecht | 4/11/2023 | 10 | $27.5000 | ($275) | 4/3/2023 | (8) | $29.5500 | $236 | | | | |
| Albert Gutknecht | 4/25/2023 | 5 | $27.2600 | ($136) | 4/3/2023 | (2) | $29.5500 | $59 | | | | |
| Albert Gutknecht | 5/16/2023 | 5 | $23.5391 | ($118) | 6/28/2023 | (35) | $25.8413 | $904 | | | | |
| Albert Gutknecht | | | | | 7/5/2023 | (20) | $26.1623 | $523 | | | | |
| Albert Gutknecht | | | | | 7/11/2023 | (10) | $29.5500 | $296 | | | | |
| **Albert Gutknecht** | | **20** | | **($529)** | | **(75)** | | **$2,019** | **20** | **$387** | **($142)** | **($12)** |

*Avg Closing Prices from August 17, 2023 to November 14, 2023