UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| ALBERT GUTKNECHT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE LOVESAC COMPANY, SHAWN NELSON, and DONNA DELLOMO,<br><br>Defendants. | Case No.  3:23-cv-01640-KAD<br><br>**March 5, 2024** |

NOTICE OF NON-OPPOSITION OF ALBERT GUTKNECHT TO COMPETING MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

On February 20, 2024, Albert Gutknecht ("Gutknecht"), by and through his counsel, filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Gutknecht as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired The Lovesac Company securities between March 30, 2023 and August 16, 2023, both dates inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 25.

Having reviewed the competing motion before the Court, it appears that Gutknecht does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Gutknecht's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  March 5, 2024                              Respectfully submitted,

                                                  POMERANTZ LLP

                                                  */s/ Emily C. Finestone*
                                                  Emily C. Finestone (Bar No. ct30250)
                                                  Jeremy A. Lieberman (admitted *pro hac vice*)
                                                  J. Alexander Hood II (admitted *pro hac vice*)
                                                  600 Third Avenue, 20th Floor
                                                  New York, NY 10016
                                                  Telephone: (212) 661-1100
                                                  Facsimile: (917) 463-1044
                                                  efinestone@pomlaw.com
                                                  jalieberman@pomlaw.com
                                                  ahood@pomlaw.com

                                                  *Counsel for Albert Gutknecht*

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 5, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Emily C. Finestone*
Emily C. Finestone

2