**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ALBERT GUTKNECHT, Individually and on Behalf of All Others Similarly Situated,**<br><br>        **Plaintiff,**<br><br>    **v.**<br><br>**THE LOVESAC COMPANY,** *et al.***,**<br><br>        **Defendants.** | No. 3:23-cv-01640-KAD<br><br>**STIPULATION AND ORDER** |

WHEREAS plaintiff Albert Gutknecht filed the initial Complaint in the above-captioned putative securities class action on December 19, 2023; and

WHEREAS, pursuant to the provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §§ 78u-4 *et seq.*, plaintiff's counsel published notice of the commencement of this action and thereby started a 60-day period during which any putative class member could apply to be lead plaintiff under the PSLRA (*see id.* § 78u-4(a)(3)(A)); and

WHEREAS, on February 2, 2024, the Court entered a Stipulation and Order providing that (*i*) defendants did not need to respond to the initial Complaint until after the Court appointed lead plaintiff and lead counsel pursuant to the PSLRA, and (*ii*) within 10 days after the appointment of lead plaintiff and lead counsel, lead counsel and defendants' counsel would submit a joint proposed schedule for the filing of an amended or consolidated complaint (if any) and for defendants' response to the amended or consolidated complaint (or to the initial Complaint if an amended pleading is not filed); and

WHEREAS the Court entered an Order on March 11, 2024 appointing Susan Cooke Peña as Lead Plaintiff, The Rosen Law Firm, P.A., as Lead Counsel for Lead Plaintiff and the

proposed class, and Faxon Law Group, LLC as Liaison Counsel for Lead Plaintiff and the proposed class; and

WHEREAS Lead Counsel and defendants' counsel have consulted on the proposed schedule as required by the February 2, 2024 Stipulation and Order; and

WHEREAS Lead Counsel has informed defendants' counsel that Lead Plaintiff intends to amend the initial Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED AS FOLLOWS:

1.      Lead Plaintiff will file an Amended Complaint by May 10, 2024.

2.      Defendants will respond to the amended pleading by motion or answer by July 12, 2024.

3.      If Defendants file a motion to dismiss, Lead Plaintiff will respond to that motion by September 13, 2024.

4.      Any reply in further support of a motion to dismiss shall be filed by November 1, 2024.

SO ORDERED at Bridgeport, Connecticut this 12th day of March, 2024.

*/s/ Kari A. Dooley*
_____
The Honorable Kari A. Dooley
United States District Judge