UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALBERT GUTKNECHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE LOVESAC COMPANY, SHAWN NELSON, and DONNA DELLOMO,<br><br>Defendants. | Case No. 3:23-cv-01640-KAD |

PLEASE TAKE NOTICE that Lead Plaintiff Susan Cooke Peña ("Plaintiff"), individually and on behalf of all others similarly situated, will hereby move this Court on a date and at such time as may be designated by the Honorable Kari A. Dooley, United States District Judge of the United States District Court for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604, for entry of an Order: (1) preliminarily certifying the Settlement Class for the purposes of settlement; (2) preliminarily approving the terms of the Settlement as set forth in the Stipulation of Settlement ("Stipulation"), filed concurrently herewith; (3) approving the form and method for providing notice of the Settlement; (4) approving the confidentiality agreement governing due-diligence discovery in this matter (Exhibit H to the Stipulation); and (5) scheduling a Fairness Hearing and deadlines for Notice to Settlement Class Members, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Plaintiff's motion for Final Approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and expenses.

Dated: July 31, 2024

Respectfully submitted,

**FAXON LAW GROUP, LLC**

<u>/s/ *Joel T. Faxon* (CT 16255)</u>
Joel T. Faxon, Esq.
Brittany S. Cates, Esq. (CT 27106)
59 Elm Street #3
New Haven, CT 06510
Telephone: 203.624.9500
Email: jfaxon@faxonlawgroup.com
         bcates@faxonlawgroup.com

*Liaison Counsel for Lead Plaintiff and the Class*

**THE ROSEN LAW FIRM, P.A.**

Jacob A. Goldberg
(*pro hac vice*)
Leah Heifetz-Li
(*pro hac vice*)
101 Greenwood Avenue
Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
         lheifetz@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

**SCHALL LAW FIRM**

Brian Schall, Esq.
2049 Century Park E #2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Email: brian@schallfirm.com

*Additional Counsel*