UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALBERT GUTKNECHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE LOVESAC COMPANY, SHAWN NELSON, and DONNA DELLOMO,<br><br>Defendants. | Case No. 3:23-cv-01640-KAD |

**PLAINTIFFS' NOTICE OF MOTION FOR
FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that on December 9, 2024 at 9:30 a.m., or as soon thereafter as the parties can be heard, at the United States District Courthouse, 915 Lafayette Blvd., Bridgeport, Connecticut, Courtroom Two, Plaintiff will and hereby does move the Court, the Kari A. Dooley, for final approval of the proposed class action settlement.

This motion is based upon this notice of motion and motion, the accompanying memorandum of law, the accompanying Declaration of Leah Heifetz-Li In Support of Plaintiff's Motion For: (1) Final Approval of Proposed Class Action Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiff, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on this motion.

| | |
|---|---|
| Dated: October 28, 2024 | Respectfully submitted, |

**FAXON LAW GROUP, LLC**

/s/ *Joel T. Faxon* (CT 16255)
Joel T. Faxon, Esq.
Brittany S. Cates, Esq. (CT 27106)
59 Elm Street #3
New Haven, CT 06510
Telephone: 203.624.9500
Email: jfaxon@faxonlawgroup.com
          bcates@faxonlawgroup.com

*Liaison Counsel for Lead Plaintiff and the Class*

**THE ROSEN LAW FIRM, P.A.**

Jacob A. Goldberg
(*pro hac vice*)
Leah Heifetz-Li
(*pro hac vice*)
101 Greenwood Avenue
Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
          lheifetz@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

**SCHALL LAW FIRM**
Brian Schall, Esq.
2049 Century Park E #2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Email: brian@schallfirm.com

*Additional Counsel*