**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ALBERT GUTKNECHT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>THE LOVESAC COMPANY, SHAWN NELSON, and DONNA DELLOMO,<br><br>    Defendants. | Case No. 3:23-cv-01640-KAD |

**DECLARATION OF BRITTANY S. CATES**
**CONCERNING ATTORNEY'S FEES AND EXPENSES**

I, BRITTANY S. CATES, declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner in the law firm of Faxon Law Group, LLC ("FLG").  On March 11, 2024, the Court approved FLG as liaison counsel for lead counsel for the Plaintiff, The Rosen Law Firm, P.A.   (ECF No. 27).

2.      I have personal knowledge of the facts asserted herein.

3.      As liaison counsel, FLG has been actively involved in this matter from February 20, 2024, through the preparation of these final approval papers. FLG actively engaged in the prosecution of the above-captioned action, including, inter alia: reviewing local rules and the Court's Chambers' preferences, communicating with the clerk's office and Chambers, consulting with lead counsel, reviewing and revising proposed filings to ensure compliance with local rules and Chambers' preferences, and filing documents with the Court.

4.      The chart below summarizes the hours, rate, and lodestar of each FLG attorney and professional staff who worked on this matter.

1

5.      The total number of hours spent on the litigation by my firm through today's date is 16.3. A breakdown of the lodestar is set forth in the chart below:

**Total Hours and Lodestar**

| NAME  AND STATUS | TOTAL HOURS | RATE | TOTAL LODESTAR |
|---|---|---|---|
| Eric P. Smith (P) | 3.5 | $975 | $3412.50 |
| Joel T. Faxon (P) | 1.2 | $975 | $1170.00 |
| Brittany S. Cates (P) | 7.2 | $975 | $7020.00 |
| Nancy Matzinger (LA) | 4.4 | $300 | $1320.00 |
| **Total:** | | | **$12,922.50** |

(P) - Partner; (C) – Counsel; (A) – Associate; (CA) – Contract
Attorney; (LC) – Law Clerk; (LA) – Paralegal

6.      FLG's hourly rates are usual and customary rates, set based on market rates for attorneys of comparable skill and experience, and they have been approved by federal and state courts throughout the nation. See Exhibit 1 attached hereto (firm résumé).

7.      My firm incurred a total of $400.00 in unreimbursed expenses in connection with the prosecution of this litigation.  See Exhibit 2 attached hereto (receipts).They are broken down as follows:

| Category | Amount |
|---|---|
| Pro Hac Vice filing fees | $400.00 |
| **TOTAL EXPENSES** | **$400.00** |

8.      The expenses incurred are reflected in the books and records contemporaneously prepared by the firm. These books and records are prepared from expense vouchers, invoices, and other billing records, and are an accurate record of the expenses incurred. I have reviewed the expenses for which reimbursement is sought and confirmed that they were reasonably necessary for the effective and efficient prosecution and resolution of the litigation and reasonable in amount. The expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

9.    My firm's compensation for services rendered and out-of-pocket expenses incurred in this case was and is entirely contingent on the success of the prosecution of this action, and on the Court's approval of the fee and expense application. None of the attorneys' fees and expenses submitted to this Court has been paid from any source or has been the subject of any prior request or prior award in any litigation or other proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of October 2024, in New Haven, Connecticut.

/s/ Brittany S. Cates
Brittany S. Cates

# Exhibit 1

1

<u>FIRM OVERVIEW-- FAXON LAW GROUP. LLC</u>

Faxon Law Group, LLC (FLG) and its predecessor firm have handled many complex litigation and class action matters in Connecticut. Representative engagements include: the consolidated St. Francis Hospital Litigation involving hundreds of claims arising out of sexual abuse by disgraced physician George Reardon, acting as co-lead counsel; lead counsel for claims arising out of the Middletown Kleen Energy Power Plant explosion; liaison counsel in the *Host America* class action securities litigation pending in the State courts of Connecticut and the Federal District Court; appointed liaison counsel for fee objectors in the nationally coordinated *VIOXX* MDL Litigation; lead counsel for consolidated litigation arising out of sex trafficking allegations pending in Bridgeport Superior Court. FLG specializes in complex, high value personal injury and commercial litigation. Joel T. Faxon and Timothy P. Pothin at FLG are board certified civil trial advocates recognized by the National Board of Legal Specialization.

**Joel T. Faxon,** jfaxon@faxonlawgroup.com

A board certified civil trial lawyer and co-founder of Faxon Law Group, Joel handles life altering personal injury and medical malpractice cases, commercial truck crashes, railroad derailments/crashes, aviation disasters, admiralty cases, birth trauma, and product liability claims in Connecticut, New York and across the U.S.

Innovative in his thinking and tireless in his approach, Joel assertively handles his client's cases as if they were his own. Highlights of Joel's practice include $44 million in lifetime benefits obtained against a Connecticut hospital for a birth trauma case resulting in a child's permanent cerebral palsy. In 2005, Joel made Connecticut history by obtaining the largest settlement ever in a sexual abuse case involving a parish priest and resolved dozens of cases against St. Francis Hospital arising out of one of their doctor's sexual abuse of children under the guise of a growth study funded by the hospital. In 2012, he secured a $24 million payment for his badly injured client-the highest pretrial settlement in a personal injury case in Connecticut history. Most recently, in 2017, Joel arbitrated a $93 million award for several of the victims of the Middletown Power Plant Explosion.

Joel has lectured before the Connecticut Trial Lawyers Association, the Connecticut Bar Association and local bar groups on trial law and lien issues, and is the contributing author of *Truck Accident Litigation,* Second Edition, published by the American Bar Association. Joel has also been elected a James Cooper Fellow of the Connecticut Bar Foundation. The Fellows support activities and programs that further the rule of law and assist in efforts to improve the administration of justice in Connecticut.
AV-Rated (highest rating) by his peers, Joel has been selected annually to the *Super Lawyers®* list by the publishers of *Connecticut Magazine for the past 11 years* and has been named among the Top Ten lawyers in the state. He is annually listed in Best *Lawyers* in the specialty of Personal Injury Litigation and has been the recipient of a number of awards in his community including the Community Champions Corporate Award, presented by Mothers Against Drunk Driving (MADD) for his outstanding service in the battle to eliminate drunk driving. Joel currently serves as an elected chairman on the Newtown board of police commissioner.

## Joel T. Faxon, cont'd

**education**

Drew University, 1990

Vermont Law School, 1994 (magna cum laude)

**awards & recognitions**

AV-Rated by Martindale-Hubbell

Best Lawyers in America, personal injury litigation, 2008-2017

Top 50 Super Lawyers in Connecticut, 2017

Top 100 Super Lawyers in New England, 2011-2017

**admissions**

States of Connecticut, Vermont and New York

U.S. District Courts (Districts of Connecticut, Vermont, and Southern & Eastern Districts of New York)

U.S. Circuit Courts of Appeal (Second and Fourth Circuit) and the U.S. Supreme Court

**memberships**

Board-certified in Civil Trial Advocacy by the National Board of Trial Advocacy (NBTA)

Founder's Circle level member of the American Association of Justice (AAJ)

Connecticut Trial Lawyers Association (Executive Committee Member, Board of Governors)

Vermont Trial Lawyers Association (Sustaining Member)

Connecticut Bar Association

New Haven County, Milford and Greater Bridgeport Bar Associations

Trial Lawyers for Public Justice

The American Board of Trial Advocates (ABOTA)- elected to membership by fellow ABOTA members

**presentations & publications**
*The Essentials of Mediation and Negotiation, Connecticut Bar Association, 2015*
*Commissioner's Decision on Compensability-is it binding on an ERISA Plan's Assertion of an Equitable Lien by Agreement in Connecticut?*
*June 30, 2014*
*31st Annual College of Evidence:*
*Gordils vs. State,* Connecticut Trial Lawyers Association, 2013
*Medicare, Medicaid, ERISA and Other Claimed Liens*
2010, 2011, 2012
Defective Medical Device Makers May Have Immunity
December 07, 2009
*Fighting Back Against ERISA Liens*
August 29,2008
Navigating the Medical Malpractice Act Minefield
May 22,2006
*The Plaintiff's Perspective.* Truck Accident Litigation
January 01, 2006
*Underinsured Motorist Claims Soup to Nuts*
January 01, 2006

4

*Evidence Workshop: Case Two Evidentiary Issues in a Workplace Injury Product Liability Claim*
**Timothy P. Pothin,** tpothin@faxonlawgroup.com

A seasoned trial attorney, Tim Pothin has been arguing cases in the State and Federal Courts for over thirty years. His career began as a prosecutor. In private practice, he has tried dozens of complex civil and criminal cases to verdict. Certified as a Civil Trial Advocacy Specialist by the National Board of Trial Advocacy, Tim handles medical malpractice, catastrophic personal injury, products liability and wrongful death.

With years of experience across several practice areas, Tim is a respected member of the trial bar known for his adaptive courtroom style and his strong advocacy skills. As a forward-thinking and meticulous lawyer, he believes that preparation and attention-to detail ensures the best possible outcome for each client. Giving clients hope and confidence, Tim has brought many difficult cases to verdict and has successfully prosecuted several wrongful death cases resulting in large recoveries for his clients. In 2017, Tim obtained a $6.4 million jury verdict for the family of a bicyclist who was struck and killed by a passenger van.

Tim was a trial advocacy instructor for the National Institute of Trial Advocacy for several years and has lectured on the admissibility of expert testimony for the National Business Institute. AV-rated by Martindale Hubbell, Tim is also a James Cooper fellow of the Connecticut Bar Foundation. Like his partners, he believes strongly in public service and is an active member in the Connecticut Trial Lawyers Association.

**education**
University of Florida, 1980
University of Bridgeport School of Law, 1985

**awards & recognitions**
AV-Rated by Martindale-Hubbell
Best Lawyers In America, personal injury litigation
Connecticut Super Lawyer (Top 50}, 2017
New England Super Lawyer, 2006-2017

**admissions**
States of Connecticut and New York
U.S. District Court (District of Connecticut)
U.S. Court of Appeals (Second Circuit)

<u>Timothy P. Pothin, cont'd</u>

**memberships**
Attorneys Information Exchange Group
Board-certified in Civil Trial Advocacy by the National Board of Trial Advocacy (NBTA)
Connecticut Trial Lawyers Association
Connecticut Bar Association
New Haven County, Milford and Greater Bridgeport Bar Associations


**Brittany S. Cates,** bcates@faxonlawgroup.com
Brittany joined Faxon Law Group in 2016 after practicing in the area of insurance defense, including medical malpractice and products liability. Her decade spent defending doctors and hospitals in medical malpractice suits afford Brittany a unique and knowledgeable perspective when advocating for our injured plaintiffs. She has been named a "Rising Star" and a "Super Lawyer" by Connecticut and New England *Super Lawyers*® and has been recognized as a "New Leader in Law" by the *Connecticut Law Tribune*.

Brittany is an experienced trial lawyer.  In 2019, she obtained a jury verdict in federal court for a skier who was severely injured on a family ski trip at a resort.  She also handles various aspects of every firm client's case, including motion practice, depositions, arguments, and settlement conferences.  Brittany has always been passionate in the fight for human rights. During law school, she was part of the trial team responsible for prosecuting individuals who committed grave violations against citizens of the former Yugoslavia during the Balkan Wars. This experience formed in her a desire to be an advocate on behalf of clients and to hold accountable those responsible for causing unnecessary injuries and losses.

**education**
The George Washington University, 2002
Southern New England School of Law, 2005

**awards & recognitions**
Connecticut and New England Super Lawyers *Rising Star,* 2009-2017, CT Super Lawyers, 2018-present
New Leader in the Law, *Connecticut Law Tribune,* 2015

**admissions**
States of Connecticut, Massachusetts and Vermont (pending)
U.S. District Courts (Districts of Connecticut, Southern District of New York, MA, US Court of Federal Claims)

**memberships**
Connecticut Bar Association, LGBT Section
Board of Directors, APNH

**Eric P. Smith,** esmith@faxonlawgroup.com
(Attorney Smith resigned from the firm in March 2024 when he was confirmed as a Judge of the Connecticut Superior Court)

As a partner of Faxon Law Group and having litigated civil cases for more than 20 years, Eric has tried dozens of complex cases involving medical and professional malpractice, wrongful death, personal injury, birth trauma and aviation. Eric earned his J.D. from Quinnipiac University School of Law and was a partner at a well-known New Haven litigation firm before joining Faxon Law Group in early 2009.
Eric brings creativity and a strong sense of energy to his clients' cases. He believes clients are looking for an innovative firm, with smart trial lawyers, who can deliver confidence, skills, and resources to get them the best results. And, he made the decision to join Faxon Law Group because he believes the firm embodies these qualities.
In addition to his trial work, Eric has authored and argued several appeals in the U.S. Court of Appeals for the Second Circuit, the Connecticut Supreme Court and the Connecticut Appellate Court. He is an active member of the American Association for Justice (AAJ), the Connecticut Trial Lawyers Association (CTLA) and the Connecticut and New Haven County Bar Associations. He also has taught as an adjunct professor for over a decade, instructing ABA-certified classes on litigation and business law.
A certified Civil Trial Advocate by the National Board of Trial Advocacy (NBTA), Eric is frequently invited to speak with various professional groups and civic organizations about legal issues.

**education**
University of New Haven, 1992 (cum laude)
Quinnipiac University School of Law, 1995 (cum laude)

**awards & recognitions**
AV-Rated by Martindale-Hubbell
Best Lawyers In America, personal injury litigation, 2012-2017
Connecticut Super Lawyer (Top 50), 2017

7

New England Super Lawyer, personal injury litigation, 2009-2017

**admissions**

State of Connecticut

U.S. District Courts (Districts of Connecticut, Southern District of New York)

U.S. Court of Appeals (Second Circuit)

**memberships**

Board-certified in Civil Trial Advocacy by the National Board of Trial Advocacy (NBTA)

Connecticut Trial Lawyers Association (Medical Malpractice, Continuing Education and Public Relations subcommittees)

Connecticut Bar Association

New Haven County Bar Association (Executive Committee)

Milford and Greater Bridgeport Bar Associations

Board of Trustees, Elm City Internationals (ECI)

**presentations & publications**

*Nuts & Bolts Program,* New Haven County Bar Association, 2002-2016
*Wrongful Death Litigation seminar,* Norwalk Community College, 1999-2015
*Medicare, Medicaid, ERISA and Other Claimed Liens and Subrogation Rights*
2010,2011,2012
*"The Thin Line Between 'Ministerial' and 'Discretionary,'"* Connecticut Law Tribune, 2010
*You've Been Subpoenaed, Now What?*
National Business Institute
2006

# Exhibit 2

**From:**            do_not_reply@psc.uscourts.gov
**To:**              Nancy Matzinger
**Subject:**         Pay.gov Payment Confirmation: CONNECTICUT DISTRICT COURT
**Date:**            Thursday, May 9, 2024 12:12:29 PM

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at 203-773-2426.

   Account Number: 4911510
   Court: CONNECTICUT DISTRICT COURT
   Amount: $200.00
   Tracking Id: ACTDC-7755605
   Approval Code: 06343I
   Card Number: ************6370
   Date/Time: 05/09/2024 12:12:11 ET

NOTE: This is an automated message. Please do not reply

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Nancy Matzinger |
| **Subject:** | Pay.gov Payment Confirmation: CONNECTICUT DISTRICT COURT |
| **Date:** | Thursday, May 9, 2024 12:07:52 PM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at 203-773-2426.

Account Number: 4911510
Court: CONNECTICUT DISTRICT COURT
Amount: $200.00
Tracking Id: ACTDC-7755551
Approval Code: 01578I
Card Number: ************6370
Date/Time: 05/09/2024 12:07:19 ET

NOTE: This is an automated message. Please do not reply