**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ALBERT GUTKNECHT, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE LOVESAC COMPANY, *et al.*,**<br><br>**Defendants.** | No. 3:23-cv-01640-KAD |

**SUPPLEMENTAL DECLARATION OF SARAH EVANS CONCERNING:**
**(A) MAILING AND EMAILING OF NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Sarah Evans, declare as follows:

1.     I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over eight years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2.     Pursuant to Court's Order Preliminarily Approving Proposed Settlement, dated August 1, 2024 (Dkt. No. 46, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator and Escrow Agent to supervise and administer the notice procedures as well as the processing of claims in connection with the Settlement of the above-captioned Action.[1]  I submit this declaration as a supplement to my previously filed Declaration of Sarah Evans Concerning: (A) Mailing and Emailing of Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated October 28, 2024 (Dkt.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated July 30, 2024 (Dkt. No. 45-3, the "Stipulation").

No. 51-1, the ("Initial Mailing Declaration"), to provide the Court and the Settling Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

**UPDATE ON INDIVIDUAL NOTICE DISSEMINATION**

3.      As noted in the Initial Mailing Declaration, SCS had mailed or emailed 2,305 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list, and a total of 28,440 Postcard Notices had been mailed and/or emailed to potential Settlement Class Members or nominees to inform them of the Settlement. Since the Initial Mailing Declaration, SCS has emailed three additional Postcard Notices by request to potential Settlement Class Members, and SCS was also notified by a nominee that they had emailed an additional 5,734 of their clients with notice of the Settlement. To date, a total of 34,177 Postcard Notices have been sent to potential Settlement Class Members or nominees, of which 9,128 were mailed and 25,049 were emailed[2].

4.      Out of the 9,128 Postcard Notices mailed, 222 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 24. SCS immediately mailed another Postcard Notice to the updated addresses. The remaining 198 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 44 were re-mailed to updated addresses.

---

[2] Since the Initial Mailing Declaration was filed, SCS received and fulfilled one additional request to mail the Long Notice and Claim Form to a potential Settlement Class Member. Thus, to date, SCS has mailed two Long Notice and Claim Forms at the request of potential Settlement Class Members.

5.    Out of the 25,049 Postcard Notices emailed, 24 bounced back as undeliverable. A Postcard Notice was promptly mailed to each of these 24 potential Settlement Class Members at the mailing address on file.

## UPDATE ON TOLL-FREE PHONE LINE

6.    The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS has and will continue to respond promptly to each telephone inquiry and address Settlement Class Members' inquiries via the toll-free telephone number throughout the administration process.

## UPDATE ON SETTLEMENT WEBPAGE

7.    The Initial Mailing Declaration also noted that on August 26, 2024, SCS established a page on its website at www.strategicclaims.net/lovesac/.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains information related to the current status of the case, including important case dates such as the Settlement Fairness Hearing date, the deadlines by which exclusions and objections must be received, and the deadline to file claims. The webpage also contains the online claim filing link and important case documents, such as the Long Notice and Claim Form, the Postcard Notice, the Summary Notice, the Preliminary Approval Order, and Stipulation and exhibits. Since its establishment, SCS has updated the webpage to include additional case documents, including the Complaint, Lead Plaintiff's motion for an Attorney's Fees and Expenses Award and PSLRA Award, and Lead Plaintiff's motion for final approval of the Settlement. SCS will continue to maintain and update the webpage throughout the Settlement administration process. To date, the webpage has received 3,821 pageviews from 1,072 unique users.

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

8.      The Long Notice, Postcard Notice, Summary Notice, and the Settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed so that they were received by SCS no later than November 4, 2024.  SCS has been monitoring all mail delivered for this case.  Since the date of the Initial Mailing Declaration, SCS has received one request for exclusion. Upon review, it was determined that the exclusion request is invalid, as the requestor is not a Settlement Class Member based on the information provided in their exclusion request. A copy of the request is attached hereto as **Exhibit A**.

9.      According to the Long Notice, Postcard Notice, Summary Notice, and Settlement webpage, Settlement Class Members seeking to object to the proposed Settlement, including to any terms of the Settlement Agreement, to the Plan of Allocation, and/or to the applications for Attorneys' Fees and Expenses Award and/or a PSLRA Award, must have served their objections upon Lead Counsel and Defendants' Counsel, as well as filed them with Clerk of the Court, no later than November 4, 2024. As of the date of this declaration, SCS has not received any misdirected objections, nor has SCS been notified that any objections were filed.

**CLAIM FORM FILING STATUS**

10.      The Long Notice, Postcard Notice, Summary Notice, and the Settlement webpage informed Settlement Class Members that the deadline for claims submission was November 8, 2024. As of the date of this declaration, SCS has received 11,983 claims. SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that claims include the required supporting documentation and identifying duplicated claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to cure their

deficiencies, to the extent that their deficiencies may be cured. With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26th day of November 2024, in Media, Pennsylvania.

_____
Sarah Evans

**EXHIBIT A**

October 25 / 2024

To whom it may concern,

Name: Donggun Lee

Address:

Telephone Number:

I wish to request exclusion from the Settlement Class in Gutknecht v. The Lovesac Company, No. 3:23-cv-01640-KAD (D.Conn.)

I had no shares of Lovesac Securities held as of opening of trading on June 8, 2022.

I bought 72 shares of Lovesac Securities on June 4th, 2020, at USD 16.9516 and sold all of 72 shares of Lovesac Securities at USD 19.40 on June 8th, 2020.

Sincerely,

Donggun Lee dated Oct 25/2024

USPS SIGNATURE TRACKING™

Sender warrants that this item does not contain non-mailable matter.
L'expéditeur garantit que cet envoi ne contient pas d'objet inadmissible.

Shipping Label                                    Étiquette d'expédition

Lovesac Securities Litigation, EXCLUSIONS,
c/o Strategic Claims Services,
600 North Jackson Street, P.O. Box 230, Suite 205
Media, PA 19063

COMMERCIAL INVOICE / CN23 / FACTURE COMMERCIALE / CN23

Sender / Expéditeur

Donggun Lee

Addressee / Destinataire

LOVESAC SECURITIES LITIGATION
600 N JACKSON ST STE 205
MEDIA PA 19063
UNITED STATES

Item ID
N d'article
Date                                          2024 10 25
Reference No.
N de référence
Reason for Export                     Document
Raison de l'exportation            Document
Tax ID/IRS/VAT/EIN
Référence du destinataire
Gross Weight                            0.010 kg
Poids brut

| Quantity Quantité | Description of Contents Description du contenu | HS Tariff Code Code tarif SH | Country of Origin Pays d'origine | Net Weight (kg) Poids net (kg) | Total Value Valeur totale |
|---|---|---|---|---|---|
| 1 | personal document | | | 0.010 | 100.00 |
| | | | | | |
| | TOTAL | | Currency & Value Devise et valeur | | CAD 100.00 |

OCT 31 2024

Je, soussigné, l'exportateur des marchandises, atteste que l'information fournie sur la présente déclaration relative à la facture est véridique et correcte et que le colis ne contient pas de marchandises dangereuses ou prohibées, conformément aux conditions générales de transport.

I, the undersigned exporter of goods, certify that the particulars given in this invoice declaration are true and correct to the best of my knowledge and that the items do not contain any dangerous or prohibited articles as stated in the General Conditions of Carriage.

SIGNATURE:
RPOIS/PCVD V23rd.1.267                 Page  1  of/de  1                          SPEC 3521 V4



CANADA POST / POSTES CANADA    EMS    1

Xpresspost ™/MC — USA É.-U.

From:/De :

Donggun Lee

Date
2024 10 25
Gross Weight    Poids brut
0.010 kg
Insured Value / Valeur assurée
$100.00 CAD
Postage Rate / Tarif d'affran.

$35.15 CAD
Transaction No. / N° de transaction

Non-Delivery Instructions
Instructions de non-livraison
return at sender's expense
renvoyer aux frais de l'expéditeur

To:/A :                      Tel No. N° de tél.:

Postage paid / Port payé

LOVESAC SECURITIES LITIGATION, EXCLUSIONS,
600 N JACKSON ST STE 205           c/o Strategic Claims Services
MEDIA PA 19063
UNITED STATES

See Commercial Invoice CN23 Attached    Voir la facture commerciale ou le CN23 adjoint