**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date **12/9/2024** _____

_____
**Gutknecht**

Vs.

**Lovesac Company et al**
_____

Start Time **9:33AM**____ End Time **10:01AM**____

Recess (if more than ½ hr) _____ to _____

Total Time _____hour(s) **28**_____minute(s)

Case # **3:23-cv-01640-KAD**_____

Honorable Judge **Kari A. Dooley**_____

Deputy Clerk **Kristen Gould**_____

Counsel for Pla(s) **Leah Heifetz-Li, Brittany S. Cates**____

Counsel for Dft(s) **Stephen D. Hibbard**_____

Reporter/ECRO/Courtsmart **Tracy Gow**_____

Interpreter_____ Language _____

Hearing held [✓] in person [ ] by video [ ] by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ■ Other: **Fairness Hearing**____ 28 mins ____ |

## MOTIONS

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

**A separate final order and judgment will enter.**

Rev. 3/21/24