**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ALBERT GUTKNECHT, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 3:23-cv-01640-KAD |
| v. | |
| THE LOVESAC COMPANY, SHAWN NELSON, and DONNA DELLOMO, | |
| Defendants. | |

**NOTICE OF MOTION AND MOTION FOR DISTRIBUTION**
**OF CLASS ACTION SETTLEMENT FUNDS**

**PLEASE TAKE NOTICE** that Lead Plaintiff Susan Cooke Peña ("Plaintiff"), through Lead Counsel, hereby moves this Court for entry of the accompanying Proposed Order Granting Motion for Distribution of Class Action Settlement Funds.

Plaintiff bases this motion on this Notice of Motion; the Memorandum of Law in support hereof; the Declaration of Sarah Evans Concerning the Results of the Claims Administration Process, and the Exhibits thereto; and all other pleadings and matters of record and such additional evidence or argument they may present at a hearing.

Plaintiff submits the Proposed Order Granting Motion for Distribution of Class Action Settlement Funds herewith.

Dated: August 19, 2024

Respectfully submitted,

**FAXON LAW GROUP, LLC**

/s/ *Joel T. Faxon* (CT 16255)
Joel T. Faxon, Esq.
Brittany S. Cates, Esq. (CT 27106)
59 Elm Street #3
New Haven, CT 06510
Telephone: 203.624.9500
Email: jfaxon@faxonlawgroup.com
        bcates@faxonlawgroup.com

1

2

*Liaison Counsel for Lead Plaintiff and the Class*

**THE ROSEN LAW FIRM, P.A.**

Jacob A. Goldberg
(*pro hac vice*)
Leah Heifetz-Li
(*pro hac vice*)
101 Greenwood Avenue
Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
         lheifetz@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

**SCHALL LAW FIRM**
Brian Schall, Esq.
2049 Century Park E #2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Email: brian@schallfirm.com

*Additional Counsel*